**DENY; and Opinion Filed December 12, 2014.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01488-CV

### IN RE TROY EDMON, Relator

**Original Proceeding from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-71585**

## MEMORANDUM OPINION

Before Justices Bridges, Fillmore, and Evans
Opinion by Justice Fillmore

Relator filed this petition for writ of mandamus contending that the trial court has violated a ministerial duty with regard to its treatment of his pre-trial petition for writ of habeas corpus. The facts and issues are well-known to the parties so we do not recount them here. In a criminal case, to be entitled to mandamus relief, the relator must show two things: (1) that he has no adequate remedy at law, and (2) that what he seeks to compel is a ministerial act. *In re Bonilla*, 424 S.W.3d 528, 533 (Tex. Crim. App. 2014) (orig. proceeding). The record before the Court does not show relator has met this burden. Accordingly, we **DENY** the petition.

/Robert M. Fillmore/
ROBERT M. FILLMORE

141488F.P05                                                         JUSTICE